JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jocelyn    Martinez , <br><br>　　　　Plaintiff, <br><br>　　vs. <br><br> Michelle King, ACTING COMMISIONER OF SOCIAL SECURITY[1], <br><br>　　　　Defendant. | Case No.  1:24-cv-01397-BAM <br><br> STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME |

　　　Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from  February 18, 2025 to April 21, 2025, for Plaintiff to serve on defendant with PLAINTIFF'S

---

[1] Michelle King became the Acting Commissioner of Social Security on January 23, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Michelle King should be substituted for Carolyn Colvin as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

  This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the weeks of February 17, 2025 and February 24, 2025, Plaintiff's Counsel has ten merit briefs and six reply briefs due.  Counsel requires additional time to brief the issues thoroughly for the Court's consideration.  Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

            Respectfully submitted,

Dated: February 18, 2025  PENA & BROMBERG, ATTORNEYS AT LAW

           By: */s/ Jonathan Omar Pena*
             JONATHAN OMAR PENA
             Attorneys for Plaintiff


Dated: February 18, 2025  PHILLIP A. TALBERT
             United States Attorney
             MATHEW W. PILE
             Associate General Counsel
             Office of Program Litigation
             Social Security Administration


           By:  **/s/ Justin Lane Martin*
             Justin Lane Martin
             Special Assistant United States Attorney
             Attorneys for Defendant
             (*As authorized by email on February 18, 2025 )

# **ORDER**

Pursuant to stipulation and good cause appearing, Plaintiff shall have a 60-day extension of time, from February 18, 2025 to **April 21, 2025**, for Plaintiff to serve Defendant with and file PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT. All other dates in the Court's Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated: **February 20, 2025**              /s/ *Barbara A. McAuliffe*
                                                            UNITED STATES MAGISTRATE JUDGE