MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
LILLIAN J. LEE, NY 5449764
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (206) 615-2733
E-Mail: lillian.j.lee@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOCELYN MARTINEZ, | Case No. 1:24-CV-01397-KES-BAM |
| Plaintiff, | STIPULATION AND ORDER FOR AN EXTENSION OF TIME |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from May 21, 2025, up to and including June 20, 2025. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

This is the Defendant's first request for an extension. Defendant respectfully requests this extension to allow sufficient time to prepare the Commissioner's brief in light of this case's recent reassignment to the Defendant's undersigned counsel due to office need. Defendant's counsel has been diligent in her work, and in the last four weeks, has completed two responsive briefs and one settlement memoranda. She also recently contracted the COVID-19 virus which limited her

productivity. In addition to this case, counsel has eight upcoming responsive briefs in the next four weeks.

                                                                    Respectfully submitted,

Dated: May 19, 2025      By:     /s/ *Jonathan Pena**
                                                         (*as authorized via e-mail on May 19, 2025)
                                                         JONATHAN PENA
                                                         Attorney for Plaintiff

Dated: May 19, 2025                      MICHELE BECKWITH
                                                         Acting United States Attorney
                                                         MATHEW W. PILE
                                                         Associate General Counsel
                                                         Social Security Administration

                                      By:     /s/ *Lillian J. Lee*
                                                         LILLIAN J. LEE
                                                         Special Assistant U.S. Attorney
                                                         Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, and cause appearing, Defendant shall have an extension, up to and including June 20, 2025, to respond to Plaintiff's Motion for Summary Judgment. All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated:   **May 22, 2025**

                                                         STANLEY A. BOONE
                                                         United States Magistrate Judge