# I. UNITED STATES DISTRICT COURT

# II. EASTERN DISTRICT OF CALIFORNIA

JOCELYN MARTINEZ,

Plaintiff,

v.

FRANK BISIGNANO, Commissioner of Social Security,

Defendant.

_______________________________________/

Case No. 1:24-cv-01397-KES-EGC

ORDER ADOPTING IN FULL FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT BE DENIED AND THE FINAL DECISION OF THE COMMISSIONER OF SOCIAL SECURITY BE AFFIRMED

(Doc. 21)

On November 14, 2024, Jocelyn Martinez filed a complaint seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying her application for disability insurance benefits ("DIB") and supplemental security income ("SSI") under the Social Security Act (the "Act"). Doc. 1. Plaintiff filed her motion for summary judgment on April 21, 2025, Doc. 13, and the Commissioner filed his response on June 20, 2025, Doc. 17. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 19, 2026, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for summary judgment be denied and that the final decision of the Commissioner be affirmed. Doc. 21.

The parties were granted fourteen days from the date of service to file any objections to the findings and recommendations of the magistrate judge. (*Id.* at 18). The parties were "advised that failure to file objections within the specified time may waive the right to appeal the district

judge's order." *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 834 (9th Cir. 2014)). On June 1, 2026, plaintiff timely filed objections to the assigned magistrate's findings and recommendations. Doc. 22. Plaintiff's objections largely restate arguments made in her prior briefing, and these arguments were correctly addressed in the findings and recommendations. While plaintiff objects generally to the magistrate judge's finding that the ALJ properly evaluated the January 2022 medical opinion of Dr. Jawad, plaintiff does not point to specific factual errors in the findings and recommendations, which thoroughly addressed this issue and correctly determined that substantial evidence supported the ALJ's decision. *See* Doc. 21 at 12–17. Nor, as the magistrate judge determined, did the ALJ err in not explicitly addressing the authorization letter for IHSS assistance in her opinion, as the ALJ considered other evidence establishing the same points and the letter did not provide additional significant or probative evidence. *See id.* at 15.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1), the court conducted a de novo review of the case. Having carefully reviewed the matter, the court finds the findings and recommendations are supported by the record and proper analysis. Based upon the foregoing, the Court ORDERS:

1. The findings and recommendations filed May 19, 2026, Doc. 21, are ADOPTED IN FULL;
2. Plaintiff's motion for summary judgment, Doc. 13, is DENIED;
3. The final decision of the Commissioner of Social Security is AFFIRMED; and
4. The Clerk of Court is DIRECTED to enter judgment in favor of Defendant Frank Bisignano, Commissioner of Social Security, and to CLOSE this action.

IT IS SO ORDERED.

Dated: September 30, 2026

UNITED STATES DISTRICT JUDGE